THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, NORTHWEST IRONWORKERS RETIREMENT TRUST, NORTHWEST FIELD IRONWORKERS ANNUITY TRUST FUND, and NORTHWEST IRONWORKERS & EMPLOYERS APPRENTICESHIP & TRAINING TRUST FUND,<br><br>               Plaintiffs,<br>     v.<br><br>ENGLAND INDUSTRIAL STEEL ERECTORS LLC, a Washington limited liability company, UBI No. 605336535, and ENGLAND INDUSTRIAL LLC, a Washington limited liability company, Contractor License No. ENGLAIL812CR, UBI No. 603612755,<br><br>               Defendants. | NO. 2:23-cv-01899-RSM<br><br>ORDER ON MOTION TO STRIKE ANSWER |

IN ACCORDANCE with Plaintiffs' Motion to Strike, the Court having considered the pleadings on file and being otherwise generally advised;

ORDER ON MOTION TO STRIKE ANSWER – 1
CAUSE NO. 2:23-cv-01899-RSM

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

2900 085 ha24g30185



1   The Court finds that the Answer filed at Dkt. 6 on England Industrial Steel Erectors

2   LLC and England Industrial LLC's behalf, was filed by Mr. Daniel England who is not a

3   licensed attorney.  Pursuant to FRCP 12(f) and RCW 2.48.170, it is therefore

4   ORDERED that the Answer filed at Dkt. 6 is struck from the record.

6   DATED at Seattle, Washington, this 27th day of February, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ON MOTION TO STRIKE ANSWER – 2
CAUSE NO. 2:23-cv-01899-RSM

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

2900 085 ha24g30185

